UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON FEOLA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>EDWARD R. CAMERON, et al.,<br><br>Defendants. | Case No: 15-cv-1654 JAK (AJWx)<br><br>**JUDGMENT**<br><br>J-S 6 |

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that judgment is entered in favor of defendants with respect to all claims made in the Second Amended Complaint. Plaintiffs shall recover nothing from defendants, and the actions is dismissed with prejudice.

**IT IS SO ORDERED**

DATED: October 21, 2016

*[signature]*

**HON. JOHN A. KRONSTADT**
**UNITED STATES DISTRICT JUDGE**